CHARLES BEST, Appellant, v. WALLACE KITTLE and Another, Respondents.— Judgment affirmed, with costs. All concur.

RALPH WHITEHOUSE and Others, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MARTHA A. COATSWORTH, Respondent, v. THEODORE B. CLEVENGER, Defendant, Impleaded with EDMUND C. MOORE, Appellant.— Judgment affirmed, with costs. All concur.

BUFFALO TYPEWRITER EXCHANGE, INC., Respondent, v. D. CHARLES McGARL, Individually and Doing Business under the Assumed Name of AMERICAN TYPEWRITER EXCHANGE, and Another, Appellants.— Judgment affirmed, with costs. All concur, except Sears, J., who dissents.

In the Matter of the Claim of ANNA M. O'HARE, Respondent, against CITY OF BUFFALO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Claim of HAZEL PHELPS, Respondent, against CITY OF BUFFALO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

CLARENCE R. KING, as Trustee in Bankruptcy of CASWELL CONSTRUCTION Co., INC., Appellant, v. MINA M. PLACE and Others, Respondents.— Judgment affirmed, with costs. All concur.

LILLIAN LEPAGE, Respondent, v. ELZEAR LEPAGE, Appellant.— Order modified by reducing the additional counsel fee to $100 and the allowance for expenses to $100, and as so modified affirmed, without costs of this appeal to either party. All concur.

L. FOWLER JOY, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANCES C. BRADY, Respondent, v. HERBERT R. FINK and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE URBAN MILLING COMPANY, Respondent, v. JOSEPH MOSKOWITZ, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of Proving the Last Will and Testament of JANE MENEILLY, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

FRONTIER MORTGAGE CORPORATION, Respondent, v. LOTTIE D. LARGE and Others, Appellants.— Motion granted and appeal dismissed.

ISRAEL SWERDLOFF, Appellant, v. WILLIAM HUNT, Respondent.— Motion granted and appeal dismissed, without costs.

NELLIE B. SWERDLOFF, Appellant, v. WILLIAM HUNT, Respondent.— Motion granted and appeal dismissed, without costs.

JOSEPHINE JOHNSON, Respondent, v. MAY F. GUERNSEY and Others, Appellants.— Motion granted and appeal dismissed, with ten dollars costs.

DENNIS R. McCARTHY, Respondent, v. CITY OF SYRACUSE and Others, Respondents, Impleaded with CLARENCE R. KING, as Trustee, and Others, Appellants.— Motion granted and appeal dismissed, with costs.

MARY FALVEY, as Administratrix, etc., Appellant, v. CORNWALL TERMINAL COMPANY, LTD., Respondent.— Motion to dismiss appeal denied.